SO ORDERED: February 10, 2017.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | CASE NO. 15-06131-RLM-7A |
| CHARLES DAVID JONES | ) | |
| JUDY LYNN JONES | ) | |
| | ) | |
| DEBTORS. | ) | |

ORDER ON MOTION TO COMPROMISE AND SETTLE (DOC. #38)

This matter came before the Court on the Trustee's Motion to Compromise and Settle.

The Court, being duly advised in the premises and proper notice having been given and no objections filed, approves said Motion.

**Accordingly, it is**

**ORDERED** that the Trustee is hereby authorized to accept the sum of $1539.70 in full settlement, which $653.00 has been paid into the estate previously and the balance due to the bankruptcy estate is $886.70 and the parties agree that Charles Jones, Debtor-husband, shall pay $100.00 a month commencing no later than February 1, 2017, and every month thereafter up to and until he receives his 2016 tax refunds. The Debtor-husband shall pay the remaining balance due the bankruptcy estate from

his 2016 tax refund.  If the 2016 tax refund is not sufficient to pay the balance owed the estate, Debtor-husband shall continue to make monthly payments of $100.00 and future tax refund payments until the balance is paid in full.

      IT IS FURTHER ORDERED that if the debtor-husband defaults, the Trustee may seek the revocation of the Debtor-husband's discharge by filing a Motion with this Court and the Court may enter an Order revoking the Debtor-husband's discharge and order payment of reasonable attorney fees and court costs without further notice or hearing.

###